IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL AVILES, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | NO. 08-CV-02440 |
|     Defendant. | : | |

## ORDER

AND NOW, this **17th** day of **August, 2012**, after a bench trial on February 27 and 28, 2012, and upon consideration of the parties' proposed findings of fact and conclusions of law, it is hereby **ORDERED** that judgment is entered in favor of the plaintiff in the amount of $32,500.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
United States Magistrate Judge